SHARON A. ROBERTSON *v.* ROBERT APUZZO

The plaintiff's motion for permission to extend the time in which to file her reply brief to the defendant's petition for certification to the Supreme Court is granted.

*Michael A. Arcari,* assistant attorney general, in support of the motion.

Submitted October 5—decided October 10, 1972

SYMEE S. STROH *v.* IRVING E. STROH

The defendant's motion for postponement of argument of the plaintiff's "Supplemental Motion to Dismiss the Appeals" is granted and the argument is postponed to the December, 1972, term.

*Irving E. Stroh,* pro se, in support of the motion.

*A. Reynolds Gordon,* in opposition.

Submitted September 27—decided October 17, 1972